In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-586 CV


____________________



LARRY MICHAEL FRANCIS, Appellant



V.



S. WILLETT, ET AL., Appellees






On Appeal from the County Court at Law No. 1


 Jefferson County, Texas


Trial Cause No. 103629






MEMORANDUM OPINION


 On December 6, 2007, we notified the parties that the notice of appeal did not appear
to have been timely filed. In his reply, Larry Michael Francis contends he timely filed a
motion to amend the judgment and argues that motion has not been ruled upon by the trial
court. The trial court signed the judgment on August 25, 2006. A timely-filed motion to
modify the judgment would have been overruled by operation of law seventy-five days after
the judgment was signed. Tex. R. Civ. P. 329b(c). Assuming the motion filed by the
appellant extended the appellate timetables, notice of appeal was due to be filed on
November 23, 2006. See Tex. R. App. P. 26.1(a). Appellant filed notice of appeal on
November 27, 2007, more than ninety days from the date of judgment and outside the time
for which we may grant an extension of time to perfect appeal. See Tex. R. App. P. 26.3. 
This Court lacks jurisdiction over this appeal. Accordingly, we dismiss the appeal for lack
of jurisdiction.

 APPEAL DISMISSED.

 
 __________________________________

 CHARLES KREGER

 Justice



Opinion Delivered January 17, 2008


Before McKeithen, C.J., Gaultney and Kreger, JJ.